B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Scott, James William | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   1594 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>1815 Garden Hwy<br>Sacramento, CA<br>ZIPCODE 95833 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Sacramento | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [x] Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.6-785 - 30937-302Y-***** - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>James William Scott |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>  Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

| B1 (Official Form 1) (12/11) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>James William Scott |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U S C § 342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X ___Dan Scott___<br>Signature of Debtor

X _____<br>Signature of Joint Debtor

_____<br>Telephone Number (If not represented by attorney)<br>1-29-13<br>Date

### Signature of Attorney*

X ___Walter R Dahl___<br>Signature of Attorney for Debtor(s)

WALTER R. DAHL 102186<br>Printed Name of Attorney for Debtor(s)

Dahl & Dahl, Attorneys At Law<br>Firm Name

2304 "N" Street<br>Address

Sacramento, CA 95816-5716

916 446-8800<br>Telephone Number

30-Jan-2013<br>Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____<br>Signature of Authorized Individual

_____<br>Printed Name of Authorized Individual

_____<br>Title of Authorized Individual

_____<br>Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only one box )

☐ I request relief in accordance with chapter 15 of title 11, United States Code Certified copies of the documents required by 11 U S C § 1515 of title 11 are attached

☐ Pursuant to 11 U.S.C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X _____<br>(Signature of Foreign Representative)

_____<br>(Printed Name of Foreign Representative)

_____<br>(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U S C § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U S C § 110(b). 110(h), and 342(c); and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached

_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer

_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer ) (Required by 11 U S C § 110 )

_____<br>Address

X _____

_____<br>Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110. 18 U.S.C. §156.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.- ver. 4.7.0-785 - 30937-302X-***** - Adobe PDF

**1**

Walter R. Dahl, CSB No. 102186 [wdahl@DahlLaw.net]
Candy Dahl, CSB No. 186031 [cdahl@DahlLaw.net]
Andrew Brian Reisinger, CSB No. 277472 [abreisinger@DahlLaw.net]
DAHL & DAHL, ATTORNEYS AT LAW
2304 "N" Street
Sacramento, CA 95816-5716

Telephone: (916) 446-8800
Telecopier: (916) 446-1634

Attorneys for James William Scott

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:                                              Case No.:

**James William Scott,**

1815 Garden Highway, Sacramento, CA 95833
TIN: xxx-xx-1594

Debtor(s).

SPOUSAL WAIVER REGARDING CLAIM OF EXEMPTIONS

[California Code of Civil Procedure §703.140(a)(2)]

        Pursuant to California Code of Civil Procedure §703.140(a)(2), the undersigned spouses waive

the right to claim, during the period the above-captioned case is pending, the exemptions provided by

the applicable exemption provisions of Chapter 4 - Exemptions, Division 2, Title 9 of the California

Code of Civil Procedure [commonly referred to as the "704 Exemptions" or the "State Exemptions"],

and during such period, elect to utilize the applicable exemptions set forth in California Code of Civil

Procedure §703.140(b) [commonly referred to as the "703 Exemptions" or the "Federal Exemptions"].

Dated: 1-29-13                                   _____ Scott
                                                        James W. Scott

Dated: 1-29-13                                   _____
                                                        Kathleen D. Scott

DAHL & DAHL
ATTORNEYS AT LAW
SACRAMENTO, CA

L:\S200 01\Pld-Spousal Waiver.wpd                      1

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In re James William Scott
_____
Debtor(s)

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

□  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

□  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
□  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
□  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
□  Active military duty in a military combat zone.

□  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor:  _____

JAMES WILLIAM SCOTT

Date:  1 – 29 – 13

Certificate Number: 00134-CAE-CC-020035908



00134-CAE-CC-020035908

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 11, 2013</u>, at <u>3:34</u> o'clock <u>PM PST</u>, <u>James W. Scott</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 11, 2013</u>             By:    <u>/s/Cindy McDaniel-Jacobi</u>

                                        Name:  <u>Cindy McDaniel-Jacobi</u>

                                        Title:  <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6A (Official Form 6A) (12/07)

In re ___James William Scott_____          Case No. _____
               **Debtor**                                                                                         **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2306 Garden Hwy (Leased) Single Family Residence <br><br> 2306 Garden Hwy Sacramento, CA 95833 | Fee Simple | J | 625,000 | 2,458,742 |
| 1815 Garden Hwy Debtor's Residence <br><br> 1815 Garden Hwy Sacramento, CA 95833 | Fee Simple | J | 425,000 | 2,216,715 |
| 2320 Garden Hwy (Rented) 2 Parcels - 1 parcel has two delapidated houses: Value $250,000, 1 parcel is undeveloped: Value:$250,000 <br><br> 2320 Garden Hwy Sacramento, CA 95833 | Fee Simple | J | 500,000 | 2,800,000 |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B6A (Official Form 6A) (12/07)

In re   James William Scott_____    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Maui Property (Rented) 2653 S. Kihei Rd., #113 Kihei, HI 96753 | Fee Simple | J | 300,000 | 3,149,876 |
| | | Total ➤ | 1,850,000 | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re    James William Scott                Case No. _____
              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

      If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | H | 172 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account #7235<br>Bank of America | H | 0 |
| | | Charles Schwab Trust Account [Wife's]<br>Charles Schwab | C | 222 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings [See Schedule B4 attachment]<br>Residence | J | 2,035 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and Pictures<br>Residence | J | 200 |
| | | Coin Collection - 3 silver dollars<br>Residence | H | Unknown |
| 6. Wearing apparel. | | Misc Men's Clothing<br>Residence | H | 566 |
| 7. Furs and jewelry. | | Jewelry [See Schedule B7 attachment]<br>Residence | H | 227 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.6-785 - 30937-302Y-***** - Adobe PDF

Debtor(s): James W. Scott
Schedule B - Personal Property
Item 4 - Household goods, supplies & furnishings

| Quantity | Description | Individual Market Value | Market Value Extended |
|---|---|---|---|
| 1 | King Bed | $100.00 | $100.00 |
| 1 | Dresser | $20.00 | $20.00 |
| 5 | Lamps | $5.00 | $25.00 |
| 3 | Large Mirrors | $20.00 | $60.00 |
| 2 | Chairs | $5.00 | $10.00 |
| 2 | Table/Chairs | $50.00 | $100.00 |
| 1 | Leather Sofa | $500.00 | $500.00 |
| 1 | Flatscreen TV | $300.00 | $300.00 |
| 1 | Misc Household Décor | $100.00 | $100.00 |
| 1 | Double Bed | $50.00 | $50.00 |
| 1 | Refrigerator | $100.00 | $100.00 |
| 1 | Wicker Chair | $30.00 | $30.00 |
| 1 | Homemade Desk | $20.00 | $20.00 |
| 1 | Homemade Cabinet | $20.00 | $20.00 |
| 1 | Wine Cabinet | $100.00 | $100.00 |
| 1 | Miscellaneous tools (Craftsman) | $500.00 | $500.00 |
| | | | $2,035.00 |

Debtor(s): James W. Scott
Schedule B - Personal Property

Item 7 - Furs & Jewelry

| Quantity | Description | Individual Market Value | Market Value Extended |
|---|---|---|---|
| 1 Gold Wedding Ring | | $200.00 | $200.00 |
| 1 Seiko Wrist Watch | | $10.00 | $10.00 |
| 1 Seiko Wrist Watch | | $3.00 | $3.00 |
| 1 Seiko Wrist Watch | | $2.00 | $2.00 |
| 1 Seiko Wrist Watch | | $1.00 | $1.00 |
| 1 Casio Wrist Watch (Non-operational) | | $0.50 | $0.50 |
| 1 Money Clip | | $5.00 | $10.00 |
| 2 Cuff Links (2 Sets) | | | $0.50 |
| | | | $227.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   James William Scott                                    Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sports & Hobby Equipment [See Schedule B8 attachement] Residence | J | 54 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance Policy - 4587 Western Reserve Life Assurance Co. | H | 237,421 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Gulf Union, Inc. [100% ownership] | H | 0 |
| | | Western Pozzolan, Inc. [80% ownership] | H | 0 |
| | | Seventh Company, Inc. [100% ownership] | H | 0 |
| | | J.W. Scott Co's, Inc. [95% ownership] | H | Unknown |
| | | Earthco, Inc. J.W. Scott Co's, Inc. has 77.21% ownership | H | 0 |
| | | Caldera Corporation J.W. Scott Co's, Inc. has 49.52% ownership | H | 1,500 |
| | | Sunray Petroleum, Inc. | H | 0 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

Debtor(s): James W. Scott
Schedule B - Personal Property

Item 8 - Firearms, Sporting Equipment, Photographic Equipment & Other Hobby Equipment

| Quantity | Description | Individual Market Value | Market Value Extended |
|---|---|---|---|
| 1 | Water color paints, oil paints, brushes, supplies, etc. | $25.00 | $25.00 |
| 1 | Stationary Bike | $10.00 | $10.00 |
| 1 | Stationary Hand Cycle | $10.00 | $10.00 |
| 3 | Binoculars | $3.00 | $9.00 |
| | | | $54.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re    James William Scott                                      Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | J.W. Scott Co's, Inc. has 49.52% ownership in Caldera Corporation; Caldera Corporation has 100% ownership in Sunray Petroleum, Inc. | | |
| | | Money Max Corp. [100% ownership] | H | 0 |
| 14.  Interests in partnerships or joint ventures. Itemize. | | All Capital Funding, LLC [100% interest] | H | 0 |
| | | Trimco, LLC [80% interest] | H | 0 |
| | | SCRS Investors, LLC J.W. Scott Co's, Inc. has 86% interest $7M in outstanding notes [(1) w/ face value of $3.5M from Sunray Petroleum, Inc., an entity in bankruptcy, and (1) disputed w/ face value of $3.5M from Caldera P&G, an entity also in bankruptcy] | H | Unknown |
| | | Earthco Investors, LLC J.W. Scott Co's, Inc. has 86.63% interest | H | 0 |
| | | Charleston Main Casino, LLC J.W. Scott Co's, Inc. has 85% interest | H | 0 |
| | | Pahrump 15.66, LLC J.W. Scott Co's, Inc. has 31.25% interest | H | 0 |
| | | Pahrump 37, LLC J.W. Scott Co's, Inc. has 75.08% interest | H | 0 |
| | | Pahrump 88, LLC J.W. Scott Co's, Inc. has 86.63% interest in Earthco Investors, LLC; Earthco Investors, LLC has 50% interest | H | 0 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  James William Scott                              Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Pahrump 161, LLC J.W. Scott Co's, Inc. has 28.33% interest | H | 0 |
| | | Herko Investments, LLC J.W. Scott Co's, Inc. has 85% interest | H | 0 |
| | | Caldera P&G J.W. Scott Co's, Inc. has 49.52% ownership in Caldera Corporation; Caldera Corporation has 100% interest in Caldera P&G | H | 0 |
| | | Sunset Parkson Plaza, LLC [100% interest] | H | 0 |
| | | SCRS Technology #1, LLC J.W. Scott Co's, Inc. has 91.57% interest | H | 0 |
| | | FG-29, LLC J.W. Scott Co's, Inc. has 30% interest | H | 0 |
| | | Great Anticipation, LLC J.W. Scott Co's, Inc. has 100% interest | H | 0 |
| | | Butte Stonegarden Company J.W. Scott Co's, Inc. has 19% interest | H | 0 |
| | | Hotel Holding Company [50% interest] | H | 0 |
| | | Pacific Coast Living, LLC [100% interest] | H | 0 |
| | | Stone Gate Winery Co. J.W. Scott Co's, Inc. has 100% interest | H | 0 |
| | | Vegas Landmark, LLC | H | 0 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   <u>James William Scott</u>            Case No. <u>                         </u>
           **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | J.W. Scott Co's, Inc. has 100% interest | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Dodge Truck<br>Residence | H | 2,500 |
| | | 2007 Ford Truck [Registered to All Capital Funding, LLC, Debtor has 100% interest in All Capital Funding, LLC]<br>Location: 8395 Muller Rd., Bakersfield, CA 93307 | H | 5,000 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   James William Scott _____     Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2005 Dodge Truck [Registered to Debtor] Location: 8395 Muller Rd., Bakersfield, CA 93307 | H | 5,000 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Office equipment [See Schedule B28 attachment] | H | 310 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Miscellaneous tools | H | 200 |

                                          ___0___ continuation sheets attached     Total    $     255,407

                                          (Include amounts from any continuation
                                           sheets attached. Report total also on
                                              Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

Debtor(s): James W. Scott
Schedule B - Personal Property
Item 28 - Office equipment, furnishings and supplies

| Quantity | Brand | Model | Description | Lender or Lessor | Payoff Amount | Current Individual Market Value | Market Value Extended |
|---|---|---|---|---|---|---|---|
| 1 | Hp | | Laptop | | | $10.00 | $10.00 |
| 1 | LG | | Monitor | | | $5.00 | $5.00 |
| 1 | | | Desk | | | $10.00 | $10.00 |
| 1 | | | Table/chairs | | | $20.00 | $20.00 |
| 1 | Dell | 1815 | Copy/Fax | | | $10.00 | $10.00 |
| 2 | RCA | | Phone | | | $10.00 | $20.00 |
| 3 | | | Office Chairs | | | $5.00 | $15.00 |
| 1 | | | Misc Office Supplies | | | $100.00 | $100.00 |
| 10 | | | File Cabinets | | | $10.00 | $100.00 |
| 1 | | | Desk | | | $20.00 | $20.00 |
| | | | | | | | $310.00 |

**B6C (Official Form 6C) (04/10)**

In re　James William Scott _____　　Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐　11 U.S.C. § 522(b)(2)　　　　　　　☐　Check if debtor claims a homestead exemption that exceeds
☑　11 U.S.C. § 522(b)(3)　　　　　　　　　　$146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Maui Property (Rented) | C.C.P. 703.140(b)(5) | 23,946 | 300,000 |
| Checking Account #7235 | C.C.P. 703.140(b)(5) | 0 | 0 |
| Misc Men's Clothing | C.C.P. 703.140(b)(3) | 566 | 566 |
| Books and Pictures | C.C.P. 703.140(b)(3) | 200 | 200 |
| Household Goods and Furnishings [See Schedule B4 attachment] | C.C.P. 703.140(b)(3) | 2,035 | 2,035 |
| 1997 Dodge Truck | C.C.P. 703.140(b)(2) | 2,500 | 2,500 |
| Office equipment [See Schedule B28 attachment] | C.C.P. 703.140(b)(3) | 310 | 310 |
| Miscellaneous tools | C.C.P. 703.140(b)(3) | 200 | 200 |
| J.W. Scott Co's, Inc. | C.C.P. 703.140(b)(5) | Up to $1,000 | Unknown |
| Charles Schwab Trust Account [Wife's] | C.C.P. 703.140(b)(5) | 222 | 222 |
| Cash | C.C.P. 703.140(b)(5) | 172 | 172 |
| Coin Collection - 3 silver dollars | C.C.P. 703.140(b)(3) | Up to $1,800 | Unknown |
| Jewelry [See Schedule B7 attachment] | C.C.P. 703.140(b)(4) | 227 | 227 |
| Sports & Hobby Equipment [See Schedule B8 attachement] | C.C.P. 703.140(b)(3) | 54 | 54 |
| Life Insurance Policy - 4587 | C.C.P. 703.140(b)(8) | 12,860 | 237,421 |
| Total exemptions claimed: | | 44,292 | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

**B6D (Official Form 6D) (12/07)**

In re _____,          Case No. _____

      James William Scott

         **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>580 Parkson Road, LLC<br>c/o Keegan Graham Low<br>71 Washington St.<br>Reno, NV 89503 | | | Lien: J-1 Judgment Lien<br>Security: Maui Property; 2653 S. Kihei Rd., #113, Kihei, HI 96753<br>580 Parkson Road, LLC v. James W. Scott<br>Second Judicial District Court, State of Nevada, Washoe County<br>Case No.: CV09-02517<br><br>VALUE $       300,000 | | | | 1,100,000 | 949,876<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 9574<br><br>Bank of America<br>PO Box 650070<br>Dallas, TX 75265 | | | Lien: 1st Deed of Trust<br>Security: Residence - 1815 Garden Hwy<br><br>VALUE $       425,000 | | | | 316,715 | 0 |
| ACCOUNT NO. 7340<br><br>Central Pacific Bank<br>PO Box 3590<br>Honolulu, HI 96811 | | | Lien: 1st Deed of Trust<br>Security: Maui Property<br><br>VALUE $       300,000 | | | | 149,876 | 0 |

  1    continuation sheets attached

Subtotal ►
(Total of this page)    $ 1,566,591    $ 949,876

Total ►
(Use only on last page)    $        $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___James William Scott_____,          Case No. _____

      **Debtor**                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0759<br><br>Chase<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | | | Lien: 1st Deed of Trust<br>Security: 2306 Garden Hwy<br><br><br>VALUE $    625,000 | | | | 558,742 | 0 |
| ACCOUNT NO.<br><br>Galipeau Assoc Inc.<br>c/o Claremont Companies<br>1 Lakeshore Center<br>Bridgewater, MA 02324 | | | Lien: J-1 Judgment Lien<br>Security: Maui Property; 2653 S. Kihei Rd., #113, Kihei, HI 96753<br>Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated)<br>VALUE $    300,000 | | | | 1,900,000 | 1,600,000 |
| ACCOUNT NO.<br><br>Nevada Buttes<br>471 Center Park Dr., #A<br>Yuba City, CA 95991 | | | Lien: Cross-collaterized 2nd Deed of Trust<br>Security: 2306 Garden Hwy; 1815 Garden Hwy; 2320 Garden Hwy<br><br>VALUE $    0 | | | | 1,900,000 | 1,900,000 |
| ACCOUNT NO. 1088<br><br>Union Home Loan<br>2529 Fulton Ave<br>Sacramento, CA 95821 | | | Lien: 1st Deed of Trust<br>Security: 2 Parcels- 2320 Garden Hwy<br><br>VALUE $    500,000 | | | | 900,000 | 400,000 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $   5,258,742 | $   3,900,000 |
| Total(s)<br>(Use only on last page) | $   6,825,333 | $   4,849,876 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6E (Official Form 6E) (04/10)**

In re  James William Scott                                               ,          Case No._____
              Debtor                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-****** - Adobe PDF

**B6E (Official Form 6E) (04/10) - Cont.**

In re  James William Scott _____ ,         Case No._____
                              Debtor                                                      (if known)

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1
____  **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re  James William Scott _____ ,          Case No. _____
                           **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(8)

|  | | | | | | Type of Priority for Claims Listed on This Sheet | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER** *(See instructions above..)* | **CODEBTOR** | **HUSBAND, WIFE, JOINT OR COMMUNITY** | **DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM** | **CONTINGENT** | **UNLIQUIDATED** | **DISPUTED** | **AMOUNT OF CLAIM** | **AMOUNT ENTITLED TO PRIORITY** | **AMOUNT NOT ENTITLED TO PRIORITY, IF ANY** |
| ACCOUNT NO. <br><br> California State Board of Equalization <br> Acccount Analysis & Control, MIC 29 <br> PO Box 942879 <br> Sacramento CA  94279 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Employment Development Department <br> Bankruptcy Special Procedures Group <br> PO Box 826880 MIC 92E <br> Sacramento, CA  94280-0001 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.  6169 <br><br> Franchise Tax Board <br> Bankruptcy Section, MS: A-340 <br> PO Box 2952 <br> Sacramento, CA 95812-2952 | | | | | | | 4,494 | 4,494 | 0 |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 | | | | | | | Notice Only | Notice Only | Notice Only |
| Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotal ➤ (Totals of this page) | | | $          4,494 | $          4,494 | $          0 |
| | | | | Total ➤ (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | | | $          4,494 | | |
| | | | | Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | $          4,494 | $          0 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

**B6F (Official Form 6F) (12/07)**

In re   James William Scott                                   ,          Case No. _____
             **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>580 Parkson Road, LLC<br>580 Parkson Road<br>Henderson, NV 89011 | | | 580 Parkson Road, LLC v. James W. Scott<br>Second Judicial District Court, State of Nevada, Washoe County<br>Case No.: CV09-02517 | | | | 1,687,599 |
| ACCOUNT NO.<br><br>580 Parkson Road, LLC<br>c/o Keegan Graham Low<br>71 Washington St.<br>Reno, NV 89503 | | | Counsel for 580 Parkson Road, LLC<br>580 Parkson Road, LLC v. James W. Scott<br>Second Judicial District Court, State of Nevada, Washoe County<br>Case No.: CV09-02517 | | | | Notice Only |
| ACCOUNT NO.<br><br>AK Partners, LLC<br>c/o Claremont Companies<br>1 Lakeshore Center<br>Bridgewater, MA 02324 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>Case Nos.: 09A581427 / A-10-624070<br>Galipeau Assoc. Inc., et al. v. James W. Scott, et al. (Sister-State Judgment)<br>Case No.: 34-2011-00097123 | | | | Notice Only |
| ACCOUNT NO.<br><br>All Capital Funding LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | | | Jeffrey Evans v. Hotel Holding Co., et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-11-648778-C | | | | Notice Only |

      21      continuation sheets attached

                                                                     Subtotal ➤    $       1,687,599
                                                                         Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  James William Scott                                    ,          Case No. _____
       **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4005 <br><br> American Express <br> PO Box 981535 <br> El Paso, TX 79998-1535 | | | | | | | 828 |
| ACCOUNT NO. <br><br> Anchor Capital Gains <br> 6350 W. Cheyenne Ave. <br> Las Vegas, NV 89108 | | | Lexon Insurance Company v. Pahrump 88, LLC, et al. (incl: James W. Scott) <br> District Court, Clark County, Nevada <br> Case No. A662110 | | | | Notice Only |
| ACCOUNT NO. <br><br> Andrew Collier <br> Downey Brand <br> 621 Capitol Mall, 18th Fl <br> Sacramento, CA 95814 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al. <br> District Court, Clark County, Nevada <br> Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Notice Only |
| ACCOUNT NO. <br><br> Andrew L. Rempfer <br> Cogburn Law Offices <br> 9555 S. Eastern Ave., #280 <br> Las Vegas, NV 89123 | | | Counsel for David Flynn <br> David Flynn v. Sunray Petroleum Inc., et al. (incl: James W. Scott) <br> District Court, Clark County, Nevada <br> Case No.: A-11-639552-C | | | | Unknown |
| ACCOUNT NO. <br><br> Arthur Small <br> Parish & Small <br> 1919 Grand Canal Blvd., #A-5 <br> Stockton, CA 95207-8114 | | | Counsel for Michael Zucaro <br> Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott) <br> Superior Court of California, San Joaquin County <br> Case No.: 39-2012-00284743-CU-BC-STK | | | | Notice Only |

Sheet no. __1__ of __21__ continuation sheets attached                                    Subtotal ➤ | $ | 828
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                        Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re　James William Scott_____,　　Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ashland Capital, LLC<br>1500 W. El Camino Ave. # 211<br>Sacramento, CA 95833 | | | Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al.<br>Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC<br>Fifth Judicial District Court, State of Nevada, Nye County<br>Case No.: CV 27399 | | | | Notice Only |
| ACCOUNT NO.<br><br>Ashland Capital, LLC<br>c/o Susan Trimboli<br>8290 W. Sahara Ave., #186<br>Las Vegas, NV 89117 | | | Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al.<br>Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC<br>Fifth Judicial District Court, State of Nevada, Nye County<br>Case No.: CV 27399 | | | | Notice Only |
| ACCOUNT NO.　4609<br><br>Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | | | | | | | 32,115 |
| ACCOUNT NO.<br><br>Borton Petrini<br>5060 California Ave., #700<br>Bakersfield, CA 93309 | | | | | | | 2,656 |
| ACCOUNT NO.<br><br>Brock E. Metzka<br>2000 E. Wigwam Ave.<br>Las Vegas, NV 89123 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Notice Only |

Sheet no. _2_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　　34,771

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-*****  - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re <u>James William Scott</u>,      Case No. _____
        **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brock E. Metzka<br>PO Box 1999<br>Pahrump, NV 89041 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Notice Only |
| ACCOUNT NO.<br><br>Buttte Landmark Corp.<br>1500 W. El Camino Ave. # 211<br>Sacramento, CA 95833 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>(Sister-State Judgment)<br>Case No.: 34-2011-00097123<br>Superior Court of California, County of Sacramento | | | | Notice Only |
| ACCOUNT NO.<br><br>Callister & Frizell<br>8275 S. Eastern Ave., #200<br>Las Vegas, NV 89123 | | | | | | | 8,822 |
| ACCOUNT NO.<br><br>Carol Goldner<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 | | | Lexon Insurance Company v. Pahrump 88, LLC, et al. (incl: James W. Scott)<br>Case No. A662110<br>District Court, Clark County, Nevada | | | | Notice Only |
| ACCOUNT NO.<br><br>Christopher Benner<br>5532 S. Fort Apache Rd., # 10<br>Las Vegas, NV 89148 | | | Flagstar Bank FSB v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: A-11-648405-C | | | | Notice Only |

Sheet no. <u>3</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 8,822

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-*****  - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   James William Scott_____,     Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Clarke Tokunuga 1530 Jodi Dr. Yuba City, CA 95993 | | | | | | | 200,000 |
| ACCOUNT NO.  Dana Jonathon Nitz Olson, Cannon, Gormley & Desruisseaux 9950 W. Cheyenne Ave. Las Vegas, NV 89129 | | | Representing Lexon Insurance Co. Lexon Insurance Co. v. Pahrump 88, LLC et al. (including James W. Scott) District Court, Clark County, Nevada Case No. A662110 | | | | Notice Only |
| ACCOUNT NO.  David Rosenberg Bankruptcy Trustee 5030 Paradise Rd., # B-215 Las Vegas, NV 89119 | | | USBC - District of NV, Las Vegas Debtor: Western Pozzolan Corp. Chapter 11; Case No. 12-11040-LBR Debtor: Sunray Petroleum, Inc. Chapter 11; Case No. 11-19196-LBR | | | X | Unknown |
| ACCOUNT NO.  Debra Barnett 2306 Garden Hwy Sacramento, CA 95833 | | | | | | | Notice Only |
| ACCOUNT NO.  Earthco Investors 1500 W. El Camino Ave. # 211 Sacramento, CA 95833 | | | Lexon Insurance Company v. Pahrump 88, LLC, et al. (incl: James W. Scott) Case No. A662110 District Court, Clark County, Nevada | | | | Notice Only |

Sheet no. 4 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 200,000

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   James William Scott _____,                    Case No. _____
              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Erika Pike Turner<br>3960 Howard Hughes Pkwy., 9th Fl<br>Las Vegas, NV 89169 | | | Counsel for Galipeau Associates, Inc.<br>Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Notice Only |
| ACCOUNT NO.<br><br>Flagstar Bank FSB<br>8350 W. Sahara Ave., #190<br>Las Vegas, NV 89117 | | | Flagstar Bank FSB v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: A-11-648405-C | | | | Unknown |
| ACCOUNT NO.<br><br>Floyds Construction<br>1201 S. Hwy 160, #100<br>Pahrump, NV 89048 | | | | | | X | 18,750 |
| ACCOUNT NO.<br><br>Galipeau Assoc Inc.<br>c/o Claremont Companies<br>1 Lakeshore Center<br>Bridgewater, MA 02324 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | 1,900,000 |
| ACCOUNT NO.<br><br>Gary Spackman<br>736 South Center St.<br>Reno, NV 89501 | | | Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott)<br>Superior Court of California, San Joaquin County<br>Case No.: 39-2012-00284743-CU-BC-STK | | | | Notice Only |

Sheet no. _5_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 1,918,750

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-****** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  James William Scott                          ,          Case No. _____
           **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gerry Zobrist <br> 5440 W. Sahara Ave. #206 <br> Las Vegas, NV 89146 | | | Counsel for Pahrump 161, LLC <br> Galipeau Assoc. Inc., et al. v. James W. Scott, et al. <br> District Court, Clark County, Nevada <br> Case No.: 09A581427 / A-10-624070 (Consolidated) | | | X | 54,948 |
| ACCOUNT NO. <br><br> Global Business Marketing Inc. <br> 975 White Dr. <br> Las Vegas, NV 89119 | | | Piper Investments, LLLP v. Western Pozzolan Corporation, et al. (incl: James W. Scott) <br> District Court, Clark County, Nevada <br> Case No.: A-11-645835-C | | | | Notice Only |
| ACCOUNT NO. <br><br> Gulf Union Inc. <br> 1500 W. El Camino Ave. #211 <br> Sacramento, CA 95833 | | | Steve Yanke v. Pahrump 37.65, LLC, et al. (incl: James W. Scott) <br> District Court, Clark County, Nevada <br> Case No.: A-12-672267-F | | | | Notice Only |
| ACCOUNT NO. <br><br> Herko Investment, LLC <br> 1500 W. El Camino Ave. #211 <br> Sacramento, CA 95833 | | | Nevada Buttes v. Herko Investments, et al. (incl: James W. Scott) <br> Second Judicial District Court, State of Nevada, Washoe County <br> Case No.: CV12-02215 | | | | Notice Only |
| ACCOUNT NO. <br><br> Holly Goldner <br> 6350 W. Cheyenne Ave. <br> Las Vegas, NV 89108 | | | Lexon Insurance Company v. Pahrump 88, LLC, et al. (incl: James W. Scott) <br> Case No. A662110 <br> District Court, Clark County, Nevada | | | | Notice Only |

Sheet no. _6_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 54,948

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-******* - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  James William Scott                                    ,          Case No. _____
                   **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hotel Holding Co. LLC<br>3373 Wynn Rd. #E<br>Las Vegas, NV 89102 | | | Jeffrey Evans v. Hotel Holding Co., et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-11-648778-C | | | | Notice Only |
| ACCOUNT NO.<br><br>Howard C. Kim<br>Howard Kim & Associates<br>400 N. Stephanie St., #160<br>Henderson, NV 89014 | | | Counsel for Trustee David Rosenberg<br>USBC - District of NV, Las Vegas<br>Debtor: Western Pozzolan Corp.<br>Chapter 11; Case No. 12-11040-LBR<br>Debtor: Sunray Petroleum, Inc.<br>Chapter 11; Case No. 11-19196-LBR | | | | Notice Only |
| ACCOUNT NO.<br><br>Interest Income Partners<br>PO Box 11087<br>San Rafael, CA 94912 | | | Consideration: Personal Guaranty<br>Western Pozzolan Corporation | | | | 2,700,000 |
| ACCOUNT NO.<br><br>James M. Walsh<br>9468 Double R Blvd., #A<br>Reno, NV 89521 | | | Counsel for Nevada Buttes, Inc.<br>Nevada Buttes v. Herko Investments, et al. (incl: James W. Scott)<br>Second Judicial District Court, State of Nevada, Washoe County<br>Case No.: CV12-02215 | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeffrey Evans<br>10051 Cliff Drive<br>Huntington Beach, CA 92642 | | | Jeffrey Evans v. Hotel Holding Co., et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-11-648778-C | | | | Unknown |

Sheet no. __7__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $  2,700,000

Total ▶  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-*\*\*\*\* - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __James William Scott_____,    Case No. _____

Debtor                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jill Childs Mynarcik<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Unknown |
| ACCOUNT NO.<br><br>Jill Raffee<br>3770 Howard Hughes Pkwy., #100<br>Las Vegas, NV 89169 | | | Counsel for Steve Yanke<br>Steve Yanke, et al. v. Pahrump 37.65, LLC<br>Case No. S-1500-CV-273028<br>Superior Court of California, County of Kern | | | | Notice Only |
| ACCOUNT NO.<br><br>John Gutke<br>Wells Fargo Tower, Suite 500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169 | | | Counsel for Galipeau Assoc Inc.<br>Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Notice Only |
| ACCOUNT NO.<br><br>John W. Muije<br>1320 S. Casino Center Blvd.<br>Las Vegas, NV 89104 | | | Counsel for Jill Childs Mynarcik<br>Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Notice Only |
| ACCOUNT NO.<br><br>Jorei Enterprises, LLC<br>One Park Plaza, # 500<br>Irvine, CA 92614 | | | Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al.<br>Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC<br>Fifth Judicial District Court, State of Nevada, Nye County<br>Case No.: CV 27399<br>Consolidated Case No | | | | Notice Only |

Sheet no. __8__ of __21__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  James William Scott_____,  Case No. _____
        **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Joseph B. Atkins <br> Bankruptcy Trustee <br> 3815 S. Jones Blvd., #5 <br> Las Vegas, NV 89103 | | | United States Bankruptcy Court <br> District of Nevada, Las Vegas <br> Debtor: Caldera P&G <br> Chapter 11; Case No. 12-22484-LBR | | | X | Unknown |
| ACCOUNT NO. <br><br> JW Scott Co's, Inc. <br> 1500 W. El Camino Ave. # 211 <br> Sacramento, CA 95833 | | | Steve Yanke v. Pahrump 37.65, LLC, et al. <br> Case No.: S-1500-CV-273028 <br> Superior Court of California, County of Kern | | | | Notice Only |
| ACCOUNT NO. <br><br> Kathleen Scott <br> 1815 Garden Hwy <br> Sacramento, CA 95833 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Kevin McKinley <br> Downey Brand LLP <br> 621 Capitol Mall, 18th Fl <br> Sacramento, CA 95814 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Kuhs & Parker <br> PO Box 2205 <br> Bakersfield, CA 93303 | | | | | | | 84,651 |

Sheet no. 9 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        84,651

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>James William Scott</u>,        Case No. _____
          **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lakeside Mortgage<br>6140 Plumas Street<br>Reno, NV 89519 | | | Consideration: Personal Guaranty<br>Mt. Vista Building A | | | | 1,900,000 |
| ACCOUNT NO.<br><br>Lakeside Mortgage<br>6140 Plumas Street<br>Reno, NV 89519 | | | Consideration: Personal Guaranty<br>Pahrump 88, LLC | | | | 12,500,000 |
| ACCOUNT NO.<br><br>Lakeview Golf Association<br>Registered Agent - Douglas Shaw<br>1470 Mt. Charleston Dr.<br>Pahrump, NV 89048 | | | Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al.<br>Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC<br>Case No.: CV 27399 / CV 28780<br>Fifth Judicial District, State of NV, Nye County | | | | Notice Only |
| ACCOUNT NO.<br><br>Laura K. Granier<br>Lionel Sawyer & Collins<br>50 W. Liberty St., #1100<br>Reno, NV 89501 | | | Counsel for UICN<br>Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al.<br>Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC<br>Fifth Judicial District Court, State of Nevada, Nye County<br>Case No.: CV 27399 | | | | Notice Only |
| ACCOUNT NO.<br><br>Law Offices of Richard F. Cornell<br>150 Ridge St., 2nd Fl.<br>Reno, NV 89501 | | | Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al.<br>Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC<br>Fifth Judicial District Court, State of Nevada, Nye County<br>Case No.: CV 27399 | | | | Notice Only |

Sheet no. <u>10</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        14,400,000

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  James William Scott _____,          Case No. _____
                **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lexon Insurance Company<br>12890 Lebanon Road<br>Mt. Juliet, TN 37122 | | | Consideration: Personal Guaranty<br>Pahrump 88, LLC | | | | 3,000,000 |
| ACCOUNT NO.<br><br>Mainstream Ventures, Inc.<br>975 White Dr.<br>Las Vegas, NV 89119 | | | David Flynn v. Sunray Petroleum Inc., et al. (incl: James W. Scott)<br>Case No.: A-11-639552-C<br>District Court, Clark County, Nevada | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark A. Kulla<br>Spilotro & Kulla, CHTD<br>626 South Third St.<br>Las Vegas, NV 89101 | | | Counsel for Piper Investments, LLLP<br>Piper Investments, LLLP v. Western Pozzolan Corporation, et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-11-645835-C | | | | Notice Only |
| ACCOUNT NO.<br><br>Mark T. Davis<br>Law Offices of Mark T. Davis<br>4828 Crestwood Way<br>Sacramento, CA 95822 | | | Bank of America NA v. Michael J. Heller, et al. (incl: James W. Scott)<br>Case No.: 2010-00073849<br>Superior Court of California, County of Sacramento | | | | Notice Only |
| ACCOUNT NO.  8737<br><br>Master Card<br>PO Box 183071<br>Columbus, OH 43218 | | | | | | | 2,000 |

Sheet no. __11__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   3,002,000

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-****** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re　James William Scott _____,　　Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　4609 Master Card PO Box 982235 El Paso, TX 79998 | | | | | | | 32,115 |
| ACCOUNT NO. Matthew Q. Callister 823 Las Vegas Blvd. S., #500 Las Vegas, NV 89101 | | | USBC, District of Nevada, Las Vegas Counsel for Debtor, Caldera P&G Chapter 11; Case No. 12-22484-LBR Counsel for Debtor, Western Pozzolan Corp. Chapter 11; Case No. 12-11040-LBR | | | | 200,000 |
| ACCOUNT NO. Michael B. Wixom Smith, Larson & Wixon 1935 Village Center Cir. Las Vegas, NV 89134 | | | Counsel for Community Bank of Nevada Community Bank of Nevada v. JW Scott Co's Inc. et al. (incl: James W. Scott) District Court, Clark County, Nevada Case No.: 09A588123 | | | | Notice Only |
| ACCOUNT NO. Michael Biller 3373 Wynn Rd., #E Las Vegas, NV 89102 | | | Jeffrey Evans v. Hotel Holding Co., et al. (incl: James W. Scott) District Court, Clark County, Nevada Case No.: A-11-648778-C | | | | Notice Only |
| ACCOUNT NO. Michael R. O'Neil Murphy Austin Adams Schoenfeld 304 S Street Sacramento, CA 95811 | | | Bank of America NA v. Michael J. Heller, et al. (incl: James W. Scott) Superior Court of California, County of Sacramento Case No.: 2010-00073849 | | | | Notice Only |

Sheet no.　12　of　21　continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $　　232,115

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-*****- Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  James William Scott                              ,          Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michael Zucaro<br>5238 Surry St.<br>Las Vegas, NV 89117 | | | Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott) Superior Court of California, San Joaquin County Case No.: 39-2012-00284743-CU-BC-STK | | | | Notice Only |
| ACCOUNT NO.<br><br>Mitchell Abdallah<br>Abdallah Law Group<br>555 Capitol Mall, #766<br>Sacramento, CA 95814 | | | Counsel for Stone Garden Vinyards, LLC<br>Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott)<br>Superior Court of California, San Joaquin County<br>Case No.: 39-2012-00284743-CU-BC-STK | | | | Notice Only |
| ACCOUNT NO.<br><br>Morgan T. Jones<br>Seyfarth Shaw LLP<br>560 Mission St., #3100<br>San Francisco, CA 94105 | | | Counsel for Bank of America, NA<br>Bank of America NA v. Michael J. Heller, et al. (incl: James W. Scott)<br>Superior Court of California, County of Sacramento<br>Case No.: 2010-00073849 | | | | Notice Only |
| ACCOUNT NO.<br><br>Nevada Buttes<br>471 Center Park Dr., #A<br>Yuba City, CA 95991 | | | Nevada Buttes v. Herko Investments, et al. (incl: James W. Scott)<br>Second Judicial District Court, State of Nevada, Washoe County<br>Case No.: CV12-02215 | | | | Unknown |
| ACCOUNT NO.<br><br>Pahrump 15.66, LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | | | Nevada Buttes v. Herko Investments, et al. (incl: James W. Scott)<br>Second Judicial District Court, State of Nevada, Washoe County<br>Case No.: CV12-02215 | | | | Notice Only |

Sheet no. __13__ of __21__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  James William Scott                                    ,          Case No. _____
          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pahrump 161, LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Notice Only |
| ACCOUNT NO.<br><br>Pahrump 37.65, LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | | | Steve Yanke v. Pahrump 37.65, LLC, et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-12-672267-F | | | | Notice Only |
| ACCOUNT NO.<br><br>Patti, Scro & Lewis<br>720 S. 7th St., 3rd Fl.<br>Las Vegas, NV 89101 | | | | | | | 67,814 |
| ACCOUNT NO.<br><br>Pino & Associates<br>800 Howe Ave., #420<br>Sacramento, CA 95825 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Piper Investments, LLLP<br>c/o Nicholas Barber, Investment Sales<br>4755 Peara Mont Dr.<br>Las Vegas, NV 89103 | | | Piper Investments, LLLP v. Western Pozzolan Corporation, et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-11-645835-C | | | | Unknown |

Sheet no. 14 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 67,814

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   James William Scott _____,      Case No. _____

      **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Radoslovich & Krogh PC 701 University Ave., #100 Sacramento, CA 95825 | | | | | | | 150,000 |
| ACCOUNT NO. Randolph L. Howard Kolesar & Leatham 3320 West Sahara Ave., # 380 Las Vegas, NV 89102 | | | Counsel for Jorei Enterprises, LLC Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al. Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC Fifth Judicial District Court, State of Nevada, Nye County Case | | | | Notice Only |
| ACCOUNT NO. REDIGI 736 South Center St. Reno, NV 89501 | | | Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott) Superior Court of California, San Joaquin County Case No.: 39-2012-00284743-CU-BC-STK | | | | Notice Only |
| ACCOUNT NO. Retro Lodge, LLC 11211 Gold Country Blvd., #106 Gold River, CA 95670 | | | Bank of America NA v. Michael J. Heller, et al. (incl: James W. Scott) Superior Court of California, County of Sacramento Case No.: 2010-00073849 | | | | Notice Only |
| ACCOUNT NO. Retro PDX, LLC 1420 NW Lovejoy St., #416 Portland, OR 97209 | | | Bank of America NA v. Michael J. Heller, et al. (incl: James W. Scott) Superior Court of California, County of Sacramento Case No.: 2010-00073849 | | | | Notice Only |

Sheet no. __15__ of __21__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal ►   $       150,000

                 Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-****** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   James William Scott _____ ,      Case No. _____
       **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Riverview Homeowners Association c/o AMC 1401 El Camino Ave., #200 Sacramento, CA 95815 | | | 1815 Garden Hwy | | | | 8,000 |
| ACCOUNT NO.<br><br>RJ Welch c/o Prudential American Group 7475 West Sahara Ave. Las Vegas, NV 89117 | | | David Flynn v. Sunray Petroleum Inc., et al. (incl: James W. Scott) Case No.: A-11-639552-C District Court, Clark County, Nevada | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert Atkinson Kupperlin Law 8965 S. Eastern Ave., #350 Las Vegas, NV 89123 | | | Counsel for Trustee Joseph B. Atkins United States Bankruptcy Court District of Nevada, Las Vegas Debtor: Caldera P&G Chapter 11; Case No. 12-22484-LBR | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert E. Schumacher Gordon & Rees LLP 3770 Howard Hughes Pkwy., #100 Las Vegas, NV 89169 | | | Counsel for Tiger W. Mynarcik Galipeau Assoc. Inc., et al. v. James W. Scott, et al. District Court, Clark County, Nevada Case No.: 09A581427 / A-10-624070 (Consolidated) Steve Yanke v. Pahrump 37.65, LLC, et al. (incl: James W. Scott) | | | | Notice Only |
| ACCOUNT NO.<br><br>Robin P. Wright 5532 South Fort Apache Rd. Building C, Suite 110 Las Vegas, NV 89148 | | | Flagstar Bank FSB v. James W. Scott, et al. District Court, Clark County, Nevada | | | | Notice Only |

Sheet no. __16__ of __21__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal ➤   $       8,000

                                                           Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-****** - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re    James William Scott                   ,       Case No. _____

         **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ryan A. Ellis<br>Ellis & Abouelsood<br>475 S. Robertson Blvd.<br>Beverly Hills, CA 90211 | | | Jeffrey Evans v. Hotel Holding Co., et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-11-648778-C | | | | Notice Only |
| ACCOUNT NO.<br><br>Stefanie T. Sharp<br>Robison, Belaustegui, Sharp & Low<br>71 Washington St.<br>Reno, NV 89503 | | | Counsel for 580 Parkson Road, LLC<br>580 Parkson Road, LLC v. James W. Scott<br>Second Judicial District Court, State of Nevada, Washoe County<br>Case No.: CV09-02517 | | | | Notice Only |
| ACCOUNT NO.<br><br>Steve Yanke<br>6350 West Cheyenne Ave.<br>Las Vegas, NV 89108 | | | Steve Yanke v. Pahrump 37.65, LLC, et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-12-672267-F and Case No.: A-09-592306-C | | | | Unknown |
| ACCOUNT NO.<br><br>Stone Garden Vineyards, LLC<br>6138 Pacific Avenue<br>Stockton, CA 95207 | | | Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott)<br>Superior Court of California, San Joaquin County<br>Case No.: 39-2012-00284743-CU-BC-STK | | | | Notice Only |
| ACCOUNT NO.<br><br>Sumwin<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 | | | Lexon Insurance Company v. Pahrump 88, LLC, et al. (incl: James W. Scott)<br>Case No. A662110<br>District Court, Clark County, Nevada | | | | Notice Only |

Sheet no. __17__ of __21__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal ➤    $              0

                                                           Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   James William Scott_____,     Case No. _____

     **Debtor**                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sunray Petroleum Inc.<br>PO Box 82156<br>Bakersfield, CA 93308 | | | David Flynn v. Sunray Petroleum Inc., et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-11-639552-C | | | | Notice Only |
| ACCOUNT NO.<br>Sylvester & Polednak<br>7371 Prairie Falcon, #120<br>Las Vegas, NV 89128 | | | | | | | 67,765 |
| ACCOUNT NO.<br>T&J Trust<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 | | | Lexon Insurance Company v. Pahrump 88, LLC, et al. (incl: James W. Scott)<br>Case No. A662110<br>District Court, Clark County, Nevada | | | | Notice Only |
| ACCOUNT NO.<br>Terrance S. Daly<br>Cassidy Turley<br>201 California Street, Suite 800<br>San Francisco, CA 94111 | | | Bank of America NA v. Michael J. Heller, et al. (incl: James W. Scott)<br>Case No.: 2010-00073849<br>Superior Court of California, County of Sacramento | | | | Notice Only |
| ACCOUNT NO.<br>Tiger W. Mynarcik<br>4436 Desert Bloom Ct.<br>Las Vegas, NV 89129 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al.<br>District Court, Clark County, Nevada<br>Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Notice Only |

Sheet no. 18 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $   67,765

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re James William Scott_____,     Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Tiger W. Mynarcik <br> 6350 W. Cheyenne Ave. <br> Las Vegas, NV 89108 | | | Galipeau Assoc. Inc., et al. v. James W. Scott, et al. <br> District Court, Clark County, Nevada <br> Case No.: 09A581427 / A-10-624070 (Consolidated) | | | | Notice Only |
| ACCOUNT NO. <br><br> Tim Post <br> 736 South Center St. <br> Reno, NV 89501 | | | Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott) <br> Superior Court of California, San Joaquin County <br> Case No.: 39-2012-00284743-CU-BC-STK | | | | Notice Only |
| ACCOUNT NO. <br><br> Tradewind Investments <br> 6350 W. Cheyenne Ave. <br> Las Vegas, NV 89108 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Utilities Incorporated of Central Nevada <br> 1240 E. State Street #115 <br> Pahrump, NV 89048 | | | Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al. <br> Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC <br> Fifth Judicial District Court, State of Nevada, Nye County <br> Case No.: CV 27399 <br> Consolidated Case No | | | | Unknown |
| ACCOUNT NO. <br><br> Value Recovery Group, LP <br> 919 Old Henderson Rd., # 400 <br> Columbus, OH 43220 | | | Community Bank of Nevada v. JW Scott Co's Inc. et al. (incl: James W. Scott) <br> District Court, Clark County, Nevada <br> Case No.: 09A588123 | | | | 3,707,393 |

Sheet no. 19 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  3,707,393

Total ➤  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-*****  - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  James William Scott_____,          Case No. _____
                Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Value Recovery Group, LP<br>c/o D. Chris Albright<br>801 South Rancho Dr., #D-4<br>Las Vegas, NV 89106 | | | Community Bank of Nevada v. JW Scott Co's Inc. et al. (incl: James W. Scott) District Court, Clark County, Nevada Case No.: 09A588123 | | | | Notice Only |
| ACCOUNT NO.<br><br>Victor Kashmir<br>12470 Locke Road<br>Lockeford, CA 95237-9569 | | | Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott) Superior Court of California, San Joaquin County Case No.: 39-2012-00284743-CU-BC-STK | | | | Notice Only |
| ACCOUNT NO.<br><br>Vision Acquisitions LLC<br>2160 Winery Rd.<br>Pahrump, NV 89041 | | | Steven Yanke v. Pahrump 37.65, LLC, et al. (incl: James W. Scott) District Court, Clark County, Nevada Case No.: A-09-592306-C | | | | Notice Only |
| ACCOUNT NO.<br><br>Waiyan Ventures. LLC<br>c/o Rick Louie<br>14057 Arcadia Palms Dr.<br>Saratoga, CA 95070 | | | Steve Yanke v. Pahrump 37.65, LLC, et al. Case No.: S-1500-CV-273028 Superior Court of California, County of Kern | | | | Notice Only |
| ACCOUNT NO.<br><br>WCP Development, LLC<br>8290 W. Sahara Ave., #186<br>Las Vegas, NV 89117 | | | Bank of America NA v. Michael J. Heller, et al. (incl: James W. Scott) Superior Court of California, County of Sacramento Case No.: 2010-00073849 | | | | Notice Only |

Sheet no. 20 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $          0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   James William Scott _____ ,          Case No. _____
                  **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Western Pozzolan Corporation<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | | | Piper Investments, LLLP v. Western Pozzolan Corporation, et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-11-645835-C | | | | Notice Only |
| ACCOUNT NO.<br><br>Westpoint Development Group<br>6350 West Cheyenne Ave.<br>Las Vegas, NV 89108 | | | Steve Yanke v. Pahrump 37.65, LLC, et al. (incl: James W. Scott)<br>District Court, Clark County, Nevada<br>Case No.: A-12-672267-F | | | | Unknown |
| ACCOUNT NO.<br><br>William M. O'Mara<br>The O'Mara Law Firm<br>311 East Liberty St.<br>Reno, NV 89501 | | | Counsel for Intervenor Lakeview Golf Association, Inc.<br>Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al.<br>Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC<br>Fifth Judicial District Court, State of Neva | | | | Notice Only |
| ACCOUNT NO.<br><br>Winery Row, LLLP<br>736 South Center St.<br>Reno, NV 89501 | | | Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott)<br>Superior Court of California, San Joaquin County<br>Case No.: 39-2012-00284743-CU-BC-STK | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |

Sheet no. _21_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 0
Total ▶ | $ | 28,325,456

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B6G (Official Form 6G) (12/07)

In re  James William Scott                                   Case No. _____
_____
          **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

        Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Debbie & Brendon Barnett | Lease Option 2306 Garden Hwy |
| Sean Hutton | Rental Agreement 2 lots - 2320 Garden Hwy |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re  James William Scott _____          Case No. _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sunray Petroleum Inc.<br>PO Box 82156<br>Bakersfield, CA 93308 | Andrew L. Rempfer<br>Cogburn Law Offices<br>9555 S. Eastern Ave., #280<br>Las Vegas, NV 89123 |
| Tiger W. Mynarcik<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 | Flagstar Bank FSB<br>8350 W. Sahara Ave., # 190<br>Las Vegas , NV. 890117 |
| Brock E. Metzka<br>PO Box 1999<br>Pahrump, NV 89041 | Galipeau Assoc Inc.<br>c/o Claremont Companies<br>1 Lakeshore Center<br>Bridgewater, MA 02324 |
| Gulf Union Inc.<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Michael B. Wixom<br>Smith, Larson & Wixon<br>1935 Village Center Cir.<br>Las Vegas, NV 89134 |
| Gulf Union Inc.<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Value Recovery Group , LP<br>919 Old Henderson Rd., # 400<br>Columbus , OH 43220 |
| Brock E. Metzka<br>PO Box 1999<br>Pahrump, NV 89041 | Jill Childs Mynarcik<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 |
| Tiger W. Mynarcik<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 | Galipeau Assoc Inc.<br>c/o Claremont Companies<br>1 Lakeshore Center<br>Bridgewater, Mass. 02324 |

Bankruptcy2013 © 1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-*****  - Adobe PDF

**B6H (Official Form) (12/07) -- Cont.**

In re James William Scott _____     Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Tiger W. Mynarcik<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 | Jill Childs Mynarcik<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 |
| Pahrump 161, LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Galipeau Assoc Inc.<br>c/o Claremont Companies<br>1 Lakeshore Center<br>Bridgewater, MA 02324 |
| Pahrump 161, LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Jill Childs Mynarcik<br>6350 W. Cheyenne Ave.<br>Las Vegas, NV 89108 |
| All Capital Funding LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Jeffrey Evans<br>10051 Cliff Drive<br>Huntington Beach, CA 92642 |
| Michael Biller<br>3373 Wynn Rd., #E<br>Las Vegas, NV 89102 | Jeffrey Evans<br>10051 Cliff Drive<br>Huntington Beach, CA 92642 |
| Hotel Holding Co. LLC<br>3373 Wynn Rd. #E<br>Las Vegas, NV 89102 | Jeffrey Evans<br>10051 Cliff Drive<br>Huntington Beach, CA 92642 |
| Western Pozzolan Corporation<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Piper Investments, LLLP<br>c/o Nicholas Barber, Investment Sales<br>4755 Peara Mont Dr.<br>Las Vegas, NV 89103 |
| Global Business Marketing Inc.<br>975 White Dr.<br>Las Vegas, NV 89119 | Piper Investments, LLLP<br>c/o Nicholas Barber, Investment Sales<br>4755 Peara Mont Dr.<br>Las Vegas, NV 89103 |
| Gulf Union Inc.<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Steve Yanke<br>6350 West Cheyenne Ave.<br>Las Vegas, NV 89108 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B6H (Official Form) (12/07) -- Cont.

**In re** James William Scott _____    Case No. _____

           **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Pahrump 37.65, LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Steve Yanke<br>6350 West Cheyenne Ave.<br>Las Vegas, NV 89108 |
| Pahrump 37.65, LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Westpoint Development Group<br>6350 West Cheyenne Ave.<br>Las Vegas, NV 89108 |
| Gulf Union Inc.<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Westpoint Development Group<br>6350 West Cheyenne Ave.<br>Las Vegas, NV 89108 |
| Vision Acquisitions LLC<br>2160 Winery Rd.<br>Pahrump, NV 89041 | Steve Yanke<br>6350 West Cheyenne Ave.<br>Las Vegas, NV 89108 |
| Herko Investment, LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Nevada Buttes<br>471 Center Park Dr., #A<br>Yuba City, CA 95991 |
| Pahrump 15.66, LLC<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Nevada Buttes<br>471 Center Park Dr., #A<br>Yuba City, CA 95991 |
| Ashland Capital, LLC<br>1500 W. El Camino Ave. # 211<br>Sacramento, CA 95833 | Utilities Incorporated of Central Nevada<br>1240 E State Street #115<br>Pahrump, NV 89048 |
| Jorei Enterprises, LLC<br>One Park Plaza, # 500<br>Irvine, CA 92614 | Utilities Incorporated of Central Nevada<br>1240 E State Street #115<br>Pahrump, NV 89048 |
| Pahrump 88, LLC<br>8290 West Sahara Ave., Ste. 186<br>Las Vegas, NV 89117 | Lakeside Mortgage<br>6140 Plumas Street<br>Reno, NV 89519 |
| Debra Barnett<br>2306 Garden Hwy<br>Sacramento, CA 95833 | Galipeau Assoc Inc.<br>c/o Claremont Companies<br>1 Lakeshore Center<br>Bridgewater, MA 02324 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-*****- - Adobe PDF

**B6H (Official Form) (12/07) -- Cont.**

In re James William Scott _____          Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kathleen Scott<br>1815 Garden Hwy<br>Sacramento, CA 95833 | Galipeau Assoc Inc.<br>c/o Claremont Companies<br>1 Lakeshore Center<br>Bridgewater, MA 02324 |
| Western Pozzolan Corporation<br>1500 W. El Camino Ave. #211<br>Sacramento, CA 95833 | Interest Income Partners<br>PO Box 11087<br>San Rafael, CA 94912 |

**B6I (Official Form 6I) (12/07)**

In re ___James William Scott_____    Case _____

          **Debtor**                                               **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Self-Employed | [Non-filing spouse] |
| Name of Employer | | |
| How long employed | 35 years | |
| Address of Employer | | |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)          DEBTOR        SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0 | $ 2,000 |
| 2. | Estimated monthly overtime | $ 0 | $ 0 |
| 3. | SUBTOTAL | $ 0 | $ 2,000 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0 | $ 0 |
| | b. Insurance | $ 0 | $ 0 |
| | c. Union Dues | $ 0 | $ 0 |
| | d. Other (Specify:_____) | $ 0 | $ 0 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ 0 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0 | $ 2,000 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ 0 |
| 8. | Income from real property | $ 2,000 | $ 0 |
| 9. | Interest and dividends | $ 0 | $ 0 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ 0 |
| 11. | Social security or other government assistance ( Specify) _____ | $ 0 | $ 0 |
| 12. | Pension or retirement income | $ 0 | $ 0 |
| 13. | Other monthly income _____ (Specify) _____ | $ 0 | $ 0 |
| | | $ 0 | $ 0 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,000 | $ 0 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 2,000 | $ 2,000 |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 4,000 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

     None _____

_____

_____

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

In re __James William Scott_____     Case No. _____
               **Debtor**                                                  **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,609 |
|      a. Are real estate taxes included?    Yes __✓__   No _____ | | |
|      b. Is property insurance included?    Yes __✓__   No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 173 |
|             b. Water and sewer | | $ 34 |
|             c. Telephone | | $ 145 |
|             d. Other _____ | | $ 0 |
| 3. Home maintenance (repairs and upkeep) | | $ 750 |
| 4. Food | | $ 500 |
| 5. Clothing | | $ 100 |
| 6. Laundry and dry cleaning | | $ 50 |
| 7. Medical and dental expenses | | $ 0 |
| 8. Transportation (not including car payments) | | $ 500 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100 |
| 10.Charitable contributions | | $ 200 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
|          a. Homeowner's or renter's | | $ 0 |
|          b. Life | | $ 0 |
|          c. Health | | $ 0 |
|          d.Auto | | $ 88 |
|          e. Other_____ | | $ 0 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | | $ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|          a. Auto | | $ 0 |
|          b. Other _____ | | $ 0 |
|          c. Other _____ | | $ 0 |
| 14. Alimony, maintenance, and support paid to others | | $ 0 |
| 15. Payments for support of additional dependents not living at your home | | $ 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0 |
| 17. Other      Maui Rental Expenses _____ | | $ 1,906 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 7,155 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

     None _____

_____

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|      a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $2,000. See Schedule I) | | $ 4,000 |
|      b. Average monthly expenses from Line 18 above | | $ 7,155 |
|      c. Monthly net income (a. minus b.)    (Net includes Debtor/Spouse combined Amounts) | | $ -3,155 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### Eastern District of California

In re _James William Scott_ _____          Case No. _____
                          Debtor

                                              Chapter ___7___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 1,850,000 | | |
| B – Personal Property | YES | 6 | $ 255,407 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 6,825,333 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 4,494 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 22 | | $ 28,325,456 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,000 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 7,155 |
| **TOTAL** | | 43 | $ 2,105,407 | $ 35,155,283 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

# United States Bankruptcy Court
### Eastern District of California

In re ___James William Scott_____    Case No. _____

        Debtor

                                                 Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4.  Total from Schedule F | | $    N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.6-785 - 30937-302Y-***** - Adobe PDF

B6 (Official Form 6 - Declaration) (12/07)

James William Scott
In re _____          Case No. _____
                          **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___41___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___1- 29-13___                          Signature _____
                                                                      Debtor

Date _____          Signature: _____Not Applicable_____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign ]

--------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                           Social Security No.
of Bankruptcy Petition Preparer                                       *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
     Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document. unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*
--------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                              _____
                                                              [Print or type name of individual signing on behalf of debtor ]

          *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U.S.C. §§ 152 and 3571*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.0-783 - 30937-302Y-****** - Adobe PDF

B7 (Official Form 7) (12/12)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In Re ___James William Scott_____     Case No. _____
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1.  Income from employment or operation of business**

None  
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 2013(db)      0.00 | None |
| 2012(db)  68,000.00 | Sunray Petroleum Inc. |
| 2011(db) 102,000.00 | Sunray Petroleum Inc. |
| | |
| 2013(nfs)      N/A | |
| 2012(nfs)      N/A | |
| 2011(nfs)      N/A | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B7 (12/12)　　　　　　　　　　　　　　　　　　　　　　　　　2

---

**2. Income other than from employment or operation of business**

None

☐　　　　State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2012　(db) | 0.00 | |
| 2011(db) | 0.00 | |

---

None

☒

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| American Express PO Box 981535 El Paso, TX 79998-1535 | 11/2012; 12/2012 | $3,543 | See Schedule F |
| Bank of America [1815 Garden Hwy Mortgage] PO Box 650070 Dallas, TX 75265 | 10/2012; 11/2012; 12/2012 | $11,400 | See Schedule D |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-**** - Adobe PDF

B7 (12/12)                                                                                                           3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Central Pacific Bank [Maui Property Mortgage]<br>PO Box 3590<br>Honolulu, HI 96811 | 10/2012; 11/2012; 12/2012 | $3,207 | See Schedule D |
| Chase [2306 Garden Hwy Mortgage]<br>PO Box 78420<br>Phoenix, AZ 85062-8420<br>[Paid by tenants on behalf of Debtor & non-filing spouse] | 10/2012; 11/2012; 12/2012 | $7,824 | See Schedule D |
| Master Card<br>PO Box 183071<br>Columbus, OH 43218 | 10/2012; 11/2012; 12-2012 | $6,241 | See Schedule F |

None
☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See list attached

Debtor(s): James William Scott

**Statement of Financial Affairs**

**Question 4.a. - Suits and Administrative Proceedings**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| David Flynn v. Sunray Petroleum Inc., et al. (incl: James W. Scott) Case No.: A-11-639552-C | GBM Loan No consideration | District Court, Clark County, Nevada | Pending |
| Galipeau Assoc. Inc., et al. v. James W. Scott, et al. Case No.: 09A581427 / A-10-624070 | Breach of Contract | District Court, Clark County, Nevada | Judgment |
| Galipeau Assoc. Inc., et al. v. James W. Scott, et al. (Sister-State Judgment) Case No.: 34-2011-00097123 | Fraudulent Transfers | Superior Court of California, Sacramento County | Pending |
| Lexon Insurance Company v. Pahrump 88, LLC, et al. (incl: James W. Scott) Case No. A662110 | Breach of Contract | District Court, Clark County, Nevada | Pending (Stayed) |
| Jeffrey Evans v. Hotel Holding Co., et al. (incl: James W. Scott) Case No.: A-11-648778-C | Breach of Contract | District Court, Clark County, Nevada | Pending |
| Utilities Incorporated of Central Nevada v. Willow Creek Holdings, LLC, et al. Consolidate Case: Utilities Inc. of Central Nevada v. Ashland Capital, LLC Case No.: CV 27399 / CV 28780 | Breach of Contract / Contempt of Court | Fifth Judicial District Court, State of Nevada, Nye County | Pending |
| Steve Yanke v. Pahrump 37.65, LLC, et al. Case No.: S-1500-CV-273028 | Unknown | Superior Court of California, Kern County | Pending |
| Community Bank of Nevada v. JW Scott Co's Inc. et al. (incl: James W. Scott) Case No.: 09A581123 | Breach of Contract/Guaranty | District Court, Clark County, Nevada | Judgment |

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Flagstar Bank FSB v. James W. Scott, et al. Case No.: A-11-648405-C | Breach of Contract | District Court, Clark County, Nevada | Judgment |
| Piper Investments, LLLP v. Western Pozzolan Corporation, et al. (incl: James W. Scott) Case No.: A-11-645835-C | Breach of Contract | District Court, Clark County, Nevada | Judgment |
| Steve Yanke v. Pahrump 37.65, LLC, et al. (incl: James W. Scott) Case No.: A-12-672267-F | Unknown | District Court, Clark County, Nevada | Unknown |
| Steven Yanke v. Pahrump 37.65, LLC, et al. (incl: James W. Scott) Case No.: A-09-592306-C | Breach of Contract | District Court, Clark County, Nevada | Judgment |
| Nevada Buttes v. Herko Investments, et al. (incl: James W. Scott) Case No.: CV12-02215 | Breach of Guaranty | Second Judicial District Court, State of Nevada, Washoe County | Judgment |
| 580 Parkson Road, LLC v. James W. Scott Case No.: CV09-02517 | Breach of Guaranty | Second Judicial District Court, State of Nevada, Washoe County | Judgment |
| Bank of America NA v. Michael J. Heller, et al. (incl: James W. Scott) Case No.: 2010-00073849 | Breach of Contract/Guaranty | Superior Court of California, County of Sacramento | Judgment |
| Stone Garden Vineyards v. Regional Economic Dev and Group Inc., et al. (incl: James W. Scott) Case No.: 39-2012-0028474-CU-BC-STK | Breach of Contract | Superior Court of California, San Joaquin County | Dismissed w/o prejudice |

None    b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Galipeau Assoc Inc.<br>c/o Claremont Companies<br>1 Lakeshore Center<br>Bridgewater, MA 02324 | 11/2011 | Charles Schwab Trust<br>Accout [wife's]<br>$150,000 |

**5.    Repossessions, foreclosures and returns**

None        List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None    a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| David Rosenberg<br>Bankruptcy Trustee<br>5030 Paradise Rd., # B-215<br>Las Vegas, NV 89119 | United States Bankruptcy Court<br>District of Nevada, Las Vegas<br>Debtor: Sunray Petroleum, Inc.<br>Chapter 11; Case No.<br>11-19196-LBR | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B7 (12/12)                                                                                                          5

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Joseph B. Atkins<br>Bankruptcy Trustee<br>3815 S. Jones Blvd., #5<br>Las Vegas, NV 89103 | United States Bankruptcy Court<br>District of Nevada, Las Vegas<br>Debtor: Caldera P&G<br>Case No. 12-22484LBR | | |
| David Rosenberg<br>Bankruptcy Trustee<br>5030 Paradise Rd., # B-215<br>Las Vegas, NV 89119 | United States Bankruptcy Court<br>District of Nevada, Las Vegas<br>Debtor: Western Pozzolan Corp.<br>Chapter 11; Case No.<br>12-11040-LBR | | |

**7.  Gifts**

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Bayside Church<br>8191 Sierra College Blvd.<br>Roseville, CA 95661 | | Monthly | $200/month |

**8.  Losses**

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None       List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐     attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Dahl & Dahl, Attorneys at Law 2304 N St. Sacramento, CA 95816 | 16-Jan-2013; 22-Jan-2013 | $5,000; $10,000 |
| Cricket Debt Counseling 10121 SE Sunnyside Rd., #300 Clackamas, OR 97015 | 13-Jan-2013 | $36 |

**10.   Other transfers**

None   a.   List all other property, other than property transferred in the ordinary course of the business or financial
☒     affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

    b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

B7 (12/12)                                                                                                          7

---

**11.  Closed financial accounts**

None  ☒        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12.  Safe deposit boxes**

None  ☒        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.     (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13.  Setoffs**

None  ☒        List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14.  Property held for another person**

None  ☒        List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-****** - Adobe PDF

B7 (12/12)        8

---

**15. Prior address of debtor**

None ☐

       If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1698 Logan Creek Dr.<br>Glenbrook, NV 89413 | | 07/2007 to 12/2011 |

---

**16. Spouses and Former Spouses**

None ☐

       If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

       NAME

       Kathleen D. Scott

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

       "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

       "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None ☒

       a.      List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

See list attached

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

# GENERAL CORPORATIONS AND LLC'S

UPDATED 01/01/2013

| Name of Entity | EIN | State of Incorporation | Date of Incorporation | Members / owners | Comments |
|---|---|---|---|---|---|
| All Capital Funding, LLC | 71-1029499 | Nevada | 22-Mar-07 | JWS=100% | Active |
| Butte Stonegarden Company | 88-0512328 | Nevada | 14-Jan-00 | James W. Scott, Pres., Sec.,Treas | |
| Caldera Corporation | 88-0478633 | Nevada | 05-Jul-83 | JW. Scott, Pres., Sec., Treas & Dir. / Mark Davis, Dir. | Public Company |
| Charleston Main Casino,LLC | 71-1029496 | Nevada | 23-Mar-07 | JW Scott (85%) / Vision Acquisitions, LLC (15%) | |
| Earthco | 93-1220179 | Nevada / Authorized in CA | 17-Jul-96 | James W. Scott (86%), Cliff Johnson, Mark Davis / Bruce Lemons, Norman Jensen | |
| Earthco Investors, LLC | 73-1634713 | Nevada / Authorized in CA | 15-May-01 | James W. Scott (87%) / Mark Davis (13%) | |
| Gulf Union | 68-0401923 | Nevada / Authorized in CA | 17-Jun-97 | James W. Scott | |
| HERKO Investments, LLC | 88-0511838 | Nevada | 19-Oct-01 (Amended on 11/3/2004) | JW Scott Co's = 85% / Bromet Holdings, LLC=15% | |
| Hotel Holding Company | 90-0493005 | Nevada | 08-Jun-09 | James W. Scott, Pres & Dir. / Michael Biller, Sec., Treas., & Dir. | |
| J. W. Scott Co's, Inc. | 88-0321678 | Nevada | 11-Jun-94 | James W. Scott (95%) Kathleen Scott (5%) | |
| Pacific Coast Living, LLC | 83-0421294 | Nevada / Authorized in CA | 25-Feb-05 / 24-Jul-09 | JWS=100% | **Project in San Diego with Brock Metzka** |
| Pahrump 15.66, LLC | NA | Nevada | Feb. 2007 | Red Willow, LLC (31.25 Units) / JWS (31.25 Units) / STG, LLC (6.25 Units) / Vision Acquisitions, LLC (31.25 Units) | Foreclosed |
| Pahrump 37.65, LLC | 20-8946949 | Nevada | Feb. 2007 | J.W. Scott Co's, Inc. (75.09 Units) / Red Willow, LLC (19.90) / STG, LLC (5.02) | |
| Pahrump 88, LLC | 82-0558605 | Nevada | 15-May-01 | Earthco Investors, LLC (50%) / Vision Acquisitions, LLC (50%) | |
| Pahrump 161, LLC | 72-1616711 | Nevada | 27-Apr-06 | JWS=100% | Active |
| SCRS Investors, LLC | 88-0498974 | Nevada | 15-Jun-01 | JWS 86.683% / Bruce Lemons 9.190% / Don Carroll 0.129% / National Business Consultants 0.975% / WCP Development, LLC 3.023% | |
| Seventh Company, Inc. | 77-0491320 | Nevada | 04-Dec-97 | James W. Scott | |

# GENERAL CORPORATIONS AND LLC'S

UPDATED 01/01/2013

| Name | ID | State/Status | Date | Officers | Status |
|---|---|---|---|---|---|
| Stone Gate Winery Co. | 80-0207993 | Nevada Authorized in CA | 02-Jun-08 | James W. Scott, Pres & Dir | Active |
| TRIMCO, LLC | 54-2120113 | Nevada | 23-Jul-03 | James W. Scott (80%) Mark Davis(20%) | |
| Western Pozzolan Corp. | 88-0443629 | Nevada Authorized in CA | 29-Nov-99 | Steve Beck, Pres.,Treas.,Dir Rebecca Reed, Sec.&Dir James Scott, Director | |
| Vegas Landmark, LLC | 37-1582202 | Nevada | 18-Mar-03 | JWS=100% | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None     a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐            bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Christine Wagner<br>3517 Chadworth Way<br>Sacramento, CA 95821 | 2007 to 2010; 07/2012 to 10/2012 |
| James William Scott<br>1815 Garden Hwy<br>Sacramento, CA 95833 | Ongoing |

None     b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☐            case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| James William Scott | 1815 Garden Hwy<br>Sacramento, CA 95833 | Ongoing |

None     c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐            books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| James William Scott | 1815 Garden Hwy<br>Sacramento, CA 95833 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

Bankruptcy2013 © 1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Utilities Incorporated of Central Nevada / Lion Swayer & Collins | 10/2012 |
| Community Bank of Nevada | 2012 |
| Michael Zucaro | 2011 |
| Galipeau Assoc Inc. | 2010 |
| Bank of America | 2010 |

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒   b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ☒   a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒   b.     If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒       If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None ☒       If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (12/12)                                                                                                    13

_____

**25.   Pension Funds**

None ☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  ___1 - 29 - 13___          Signature _____
                                 of Debtor         JAMES WILLIAM SCOTT

___0___ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. §152 and 3571*

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U S C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U S C §§ 110(b). 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor. as required in that section

_____          _____
Printed or Typed Name and Title, if any. of Bankruptcy Petition Preparer          Social Security No  (Required by 11 U S C § 110(c) )
*If the bankruptcy petition preparer is not an individual. state the name. title (if any). address. and social security number of the officer. principal. responsible person. or partner who signs this document*

_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document. attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2013 ©1991-2013, New Hope Software, inc., ver. 4.7.0-785 - 30973-302Y-\*\*\*\*\* - Adobe PDF

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Eastern District of California

James William Scott

In re _____ ,    Case No. _____
                    Debtor                                   Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br> Chase<br> PO Box 78420<br> Phoenix, AZ 85062-8420 | **Describe Property Securing Debt:**<br> 2306 Garden Hwy (Leased)<br> Single Family Residence |

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br> Nevada Butte's<br> 471 Center Park Dr., #A<br> Yuba City, CA 95991 | **Describe Property Securing Debt:**<br> 2306 Garden Hwy (Leased)<br> Single Family Residence |

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt          ☑ Not claimed as exempt

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-**** - Adobe PDF

B8 (Official Form 8) (12/08)

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease  Attach additional pages if necessary )*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

 3      continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date:  1 - 29 - 13                              _____
                                               Signature of Debtor


                                               _____
                                               Signature of Joint Debtor

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

---

Property No: 3

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bank of America | 1815 Garden Hwy |
| PO Box 650070 | Debtor's Residence |
| Dallas, TX 75265 | |

Property will be   *(check one):*

☐   Surrendered        ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  __retain, keep current_____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*

☐   Claimed as exempt        ☑   Not claimed as exempt

---

Property No: 4

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Nevada Butte's | 1815 Garden Hwy |
| 471 Center Park Dr., #A | Debtor's Residence |
| Yuba City, CA 95991 | |

Property will be   *(check one):*

☐   Surrendered        ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  __retain, keep current_____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*

☐   Claimed as exempt        ☑   Not claimed as exempt

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

| Property No: 5 | |
| --- | --- |
| **Creditor's Name:**<br>Union Home Loan<br>2529 Fulton Ave.<br>Sacramento, CA 95821 | **Describe Property Securing Debt:**<br>2320 Garden Hwy (Rented)<br>2 Parcels - 1 parcel has two delapidated houses: Value<br>$250,000, 1 parcel is undeveloped: Value:$250,000 |

Property will be  *(check one):*

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  _retain, keep current_____  (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt          ☑  Not claimed as exempt

| Property No: 6 | |
| --- | --- |
| **Creditor's Name:**<br>Nevada Butte's<br>471 Center Park Dr., #A<br>Yuba City, CA 95991 | **Describe Property Securing Debt:**<br>2320 Garden Hwy (Rented)<br>2 Parcels - 1 parcel has two delapidated houses: Value<br>$250,000, 1 parcel is undeveloped: Value:$250,000 |

Property will be  *(check one):*

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  _retain, keep current_____  (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt          ☑  Not claimed as exempt

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**    - Continuation

| Property No: 7 | |
| --- | --- |
| **Creditor's Name:**<br> Central Pacific Bank<br> PO Box 3590<br> Honolulu, HI 96811 | **Describe Property Securing Debt:**<br> Maui Property (Rented) |

Property will be  *(check one):*

☐   Surrendered          ☑   Retained

If retaining the property, I intend to  *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  <u>retain, keep current</u>                    (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*

☑   Claimed as exempt                               ☐   Not claimed as exempt

Bankruptcy2013 © ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-****** - Adobe PDF

In re James William Scott
_____
            Debtor(s)

Case Number:_____
            (If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):
☐ **The presumption arises.**
☑ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by §707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity**. Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.** <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br> a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br> ☐ I remain on active duty /or/ <br> ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br> OR <br><br> b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br> ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $       N.A. | $       N.A. |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$       N.A.</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$       N.A.</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $       N.A. | $       N.A. |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$       N.A.</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$       N.A.</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $       N.A. | $       N.A. |
| 6 | **Interest, dividends and royalties.** | $       N.A. | $       N.A. |
| 7 | **Pension and retirement income.** | $       N.A. | $       N.A. |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; If a payment is listged in Column A, do not report that payment in Column B. | $       N.A. | $       N.A. |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $     N.A.</td><td>Spouse $     N.A.</td></tr></table> | $       N.A. | $       N.A. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $      N.A. | |
| | b. | $      N.A. | |
| | Total and enter on Line 10 | $    N.A. | $    N.A. |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $    N.A. | $    N.A. |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $                  N.A. | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $     N.A. |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: California    b. Enter debtor's household size: _____1_____ | $    47,433 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☑   **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "The presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br><br> ☐   **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $    N.A. |
|---|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17. | | $    N.A. |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | | $    N.A. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | | |
|---|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of person is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ | N.A. |

| **Persons under 65 years of age** | | | **Persons 65 years of age or older** | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | N.A. | a2. | Allowance per person | N.A. |
| b1. | Number of persons | N.A. | b2. | Number of persons | |
| c1. | Subtotal | N.A. | c2. | Subtotal | N.A. |

| | | | |
|---|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | $ | N.A. |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | N.A. |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | N.A. |
| c. | Net mortgage/rental expense | Subtract Line b from Line a | |

| | | | |
|---|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____<br>_____<br>_____ | $ | N.A. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-788 - 30937-302Y-***** - Adobe PDF

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0 ☐ 1 ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $          N.A. |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $          N.A. |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1 ☐ 2 or more.<br>Enter, in Line below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | $          N.A. |

| a. | IRS Transportation Standards, Ownership Costs | $          N.A. |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $          N.A. |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | $          N.A. |

| a. | IRS Transportation Standards, Ownership Costs | $          N.A. |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $          N.A. |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $          N.A. |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $          N.A. |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $          N.A. |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $          N.A. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $          N.A. |
|---|---|---|
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool.  **Do not include other educational payments.** | $          N.A. |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $          N.A. |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents**. Do not include any amount previously deducted.** | $          N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.**   Enter the total of Lines 19 through 32 | $          N.A. |

| **Subpart B: Additional Living Expense Deductions** **Note: Do not include any expenses that you have listed in Lines 19-32.** |
|---|

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$          N.A.</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$          N.A.</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$          N.A.</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual average expenditures in the space below:      $ _____N.A._____ | $          N.A. |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $          N.A. |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $          N.A. |
| 37 | **Home energy costs**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs.  **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $          N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $          N.A. |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302X-****** - Adobe PDF

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

| | | |
|---|---|---|
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $      N.A. |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | $      N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $      N.A. |

## Subpart C: Deductions for Debt Payment

| | | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total Average Monthly payments on Line 42. | $      N.A. |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c | |

| | | |
|---|---|---|
| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $      N.A. |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $      N.A. |

Filed 01/30/13    Case 13-21199    Doc 1
B22A (Official Form 22A) (Chapter 7) (12/10) - Cont.

8

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | | |
|---|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $        N.A. | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x        N.A. | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $        N.A. |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $        N.A. |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $        N.A. |
|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $        N.A. |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $        N.A. |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $        N.A. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $        N.A. |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☑ **The amount on Line 51 is less than $7,075\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | **Enter the amount of your total non-priority unsecured debt** | $        N.A. |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $        N.A. |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

### Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|
| | | Expense Description | Monthly Amount |
| | a. | | $        N.A. |
| | b. | | $        N.A. |
| | c. | | $        N.A. |
| | | Total: Add Lines a, b and c | N.A. |

*Amounts are subject to adjustment on 4/1/2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302X-\*\*\*\* - Adobe PDF

B22A (Official Form 22A) (Chapter 7) (12/10) - Cont

9

| | Part VIII: VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: 1 – 29 – 13　　Signature: _____<br>　　　　　　　　　　　　　　　　*(Debtor)*<br><br>Date: _____　　Signature: _____<br>　　　　　　　　　　　　　　　　*(Joint Debtor, if any)* |

## Form 22 Continuation Sheet

### Income Month 1

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

### Income Month 2

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

### Income Month 3

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

### Income Month 4

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

### Income Month 5

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

### Income Month 6

| | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

## Additional Items as Designated, if any

## Remarks

Bankruptcy2013 © 1991-2013, New Hope Software, Inc., ver. 4.7.0-785 - 30937-302Y-***** - Adobe PDF

2

Walter R. Dahl, CSB No. 102186 [wdahl@DahlLaw.net]
Candy Dahl, CSB No. 186031 [cdahl@DahlLaw.net]
Andrew Brian Reisinger, CSB No. 277472 [abreisinger@DahlLaw.net]
**DAHL & DAHL, ATTORNEYS AT LAW**
2304 "N" Street
Sacramento, CA 95816-5716

Telephone: (916) 446-8800
Telecopier: (916) 446-1634

Attorneys for James William Scott

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

In Re:                                    Case No.:

**James William Scott,**

1815 Garden Highway, Sacramento, CA 95833
TIN: xxx-xx-1594

                    Debtor(s).

**ATTORNEY'S DISCLOSURE OF COMPENSATION**
[11 U.S.C. §329(a); Fed. R. Bank. P. 2016(b)]

The undersigned, pursuant to 11 U.S.C. §329(a) and Fed. R. Bank. P. 2016(b), states:

1. Dahl & Dahl, Attorneys at Law ("Counsel"), is the attorney for Debtor(s) in this case.

2. The compensation paid to Counsel within one year before the filing of the petition in bankruptcy, or agreed to be paid to Counsel, is as follows:

    a.  For legal services rendered or to be rendered on behalf of Debtor(s) in contemplation of and in connection with this case:

        ☐ A fixed fee of $_____, which includes the filing fee.
        ☒ An indeterminate fee to be computed at Counsel's standard hourly rates and costs.

    b.  Prior to the date of this Statement, Counsel has received the sum of $ 15,000.00 .

DAHL & DAHL
ATTORNEYS AT LAW
SACRAMENTO, CA

☒  Of that sum, $8,269.00  was paid to Counsel for pre-petition legal services related to the commencement of this case, and billed pre-petition to Debtor(s) at Counsel's standard hourly rates and costs.  The balance of $6,731.00 is held in Counsel's Client Trust Account.

c.  The unpaid balance due and payable is:

☐  $  0.00                    .
☒  Not determinable at this time.

3. From the funds tendered to Counsel disclosed above, Counsel has paid the filing fee of:

☒  $  306.00          [Chapter 7]
☐  $1,213.00          [Chapter 11]
☐  $  281.00          [Chapter 13]

4.  The source of payments made to Counsel was from:

☒  Debtor(s)
☐  Other [specify]: _____.

5.  The source of payments to be made to Counsel for the unpaid balance remaining, if any, will be from:

☐  Debtor(s)
☒  Other [specify]:   Debtor's post-petition personal services earnings, exempt assets, or the proceeds of one or more post-petition loans which Debtor may obtain from third-parties          .

6.  Other than the payments referenced above, Counsel has received no transfer, assignment or pledge of property from or on behalf of Debtor(s) except the following for the value stated:

☐  None

☒  Counsel has been granted a security interest in all funds held by Counsel as an advance, retainer or periodic payment toward attorneys fees and costs incurred or to be incurred in its representation of Debtor(s).

☐  Other [specify _____.

7.  Counsel has not shared or agreed to share with any other entity, other than with members and employees of Counsel, any compensation paid or to be paid except as follows:

☒  None
☐  Other [specify & attach agreement] _____.

Dated:   January 30, 2013                    DAHL & DAHL,
                                             ATTORNEYS AT LAW


                                             By:  /s/   Andrew Brian Reisinger
                                                   Andrew Brian Reisinger
                                             Attorneys for James William Scott